OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711



OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED
FIRST CLASS

UNITED STATES POSTAGE
PITNEY BOWES

02 1M
0004279596
$ 00.26⁵
JAN 22 2015
MAILED FROM ZIP CODE 78701

1/21/2015
COLLETTE, SAMUEL Jr.   Tr. Ct. No. 89-49239-C                    WR-19,895-03
The Court has dismissed without written order this subsequent application for a writ
of habeas corpus. TEX. CODE CRIM. PROC. Art. 11.07, Sec. 4(a)-(c).

Abel Acosta, Clerk

SAMUEL COLLETTE JR.
JEFFERSON COUNTY CORRECTIONAL FACILITY
TDCJ # 479765
P. O. BOX 26007                                    FWD
BEAUMONT, TX 77720

IEBN3B 77720